PROB 12CJ
(Rev. 3/97)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:99CR00019-001 |
| Dean A. Garone | ) |
| Defendant | ) |

### Petition on Probation and Supervised Release

COMES NOW John G. Selvaggi PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Dean A. Garone, who was placed on supervision by the Honorable Sue L. Robinson, sitting in the court at Wilmington on the 14th day of December, 1999, who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in substance abuse treatment program which may include urine testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Mr. Garone has a history of abusing alcohol and illegal drugs. In addition to the special condition that he participate in a program of testing and treatment, he agrees that he should not consume alcohol or abuse prescription medication.

PRAYING THAT THE COURT WILL ORDER that the conditions of supervised release be modified, and that an additional condition be imposed to include the following: Dean A. Garone shall abstain from using illicit drugs, using alcohol, and abusing prescription medication during the period of supervision.

ORDER OF COURT

Considered and ordered this 27th day of September, 2005.

_Sue L. Robinson_
Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct:

_[signature]_
Supervising U.S. Probation Officer

Place   Wilmington, Delaware

Date   September 26, 2005