PROB 49
(3/89)

# United States District Court

_____ District _____of Delaware_____

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Dean A. Garone shall abstain from using illicit drugs, using alcohol and abusing prescription medication during the period of supervision.

Witness _____        Signed _____
U.S. Probation Officer                                        Probationer or Supervised Releasee

_____09/09/05_____
Date